Premises, situate on Queen street, near Kaahumanu. Lease dated January 11, 1899; term, as returned, twenty years; rent reserved, $150 per month; rental value, $250 per month. No value stated in return; assessed at $22,765. Valued by Tax Court at $8000. Appeal by Assessor. *Per Curiam.* Even assuming that, as contended by the Assessor, the provision in the lease rendering it terminable, at the will of the lessor, at any time after July 1, 1904, upon certain conditions, cannot be considered, since the lessee did not mention it in his return, the valuation appealed from is affirmed.

---

No. 66. *In re* ASSESSMENT OF TAXES, ORPHEUM COMPANY, LIMITED. Appeal from Tax Appeal Court, First Taxation Division. Submitted February 25, 1903. Decided March 2, 1903. Land and buildings, known as Orpheum Premises, situate on Fort street, above Beretania street. Area, 38-100 acre. Returned at $50,000; assessed at $72,485. Valued by Tax Court at $50,000. Appeal by Assessor. *Per Curiam.* Valuation appealed from affirmed.

---

No. 69. *In re* ASSESSMENT OF TAXES, J. F. COLBURN. Appeal from Tax Appeal Court, First Taxation Division. Submitted February 25, 1903. Decided February 25, 1903. Land on Kinau and Lunalilo streets. Area, 60,000 square feet. Returned at $5000; assessed at $10,000. Valued by Tax Court at $9000. Appeal by Assessor. *Per Curiam.* Valuation appealed from affirmed.

---

No. 70. ANNA GERTZ, IN HER OWN BEHALF AND AS EXECUTRIX OF THE WILL OF CHRISTIAN GERTZ, DECEASED, *v.* J. ALFRED MAGOON IN HIS PERSONAL CAPACITY AND AS TRUSTEE FOR C. H. BANNING AND B. R. BANNING, JOHN BUCKLEY AND MARIA J. FORBES. Appeal from Circuit Judge, First Circuit. Submitted February 26, 1903. Decided March 6, 1903. On April 6, 1901,

the complainant filed a bill in equity praying, *inter alia*, that a certain mortgage, dated December 11, 1894, and the foreclosure thereof, had in January, 1896, be declared null and void. Demurrers to the bill were sustained and the bill dismissed in June, 1901. From that decree no appeal was noted, nor were any other steps taken by the complainant until March 31, 1902, on which date a motion for a re-hearing on the demurrer and for leave to amend the bill was filed. The motion was denied on the ground that the proposed amendment discloses no cause for equitable relief. It is from the last mentioned order that the present appeal was taken. *Per Curiam.* The order appealed from is affirmed. Re-hearing denied May 18, 1903.

---

No. 98. C. C. KENNEDY *v.* F. M. WAKEFIELD. Appeal from Circuit Judge, Fourth Circuit. Submitted March 17, 1902. Decided April 23, 1902. Delinquent taxes declared to be a first lien and included in decree of foreclosure of mortgage without proper allegations or parties. Appeal by the plaintiff. *Per Curiam.* On authority of the decision in *Theo. H. Davies & Co., Ltd.,* v. *F. M. Wakefield* (*ante* p. 201), the decree appealed from is reversed and the cause remanded. *Smith & Parsons* for the plaintiff. No brief for defendant.